## CITY OF BRISTOL *v.* LORRIE MUNN ET AL.
### (AC 23873)

Schaller, DiPentima and Berdon, Js.

Argued December 1—officially released December 30, 2003

Per Curiam. The judgment is affirmed.

## CITY OF BRISTOL *v.* DAVID FIERSTON ET AL.
### (AC 23874)

Schaller, DiPentima and Berdon, Js.

Argued December 1—officially released December 30, 2003

Per Curiam. The judgment is affirmed.

## MARC LEGRIS *v.* HANS TABOR
### (AC 23925)

Lavery, C. J., and Flynn and Bishop, Js.

Submitted on briefs November 21—officially released December 30, 2003

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ETHAN BOOK, JR.
### (AC 22496)

Bishop, McLachlan and Hennessy, Js.

Argued December 10—officially released December 30, 2003

Per Curiam. The judgment is affirmed.